CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 535-5040
Facsimile: (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE VISSANI,<br>Defendant. | NO. 5:17-CR-00379-~~EXE~~ -LHK-01<br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Defendant Jorge Vissani. The Government has received the following evidence that Vissani is deceased: On or about October 5, 2026, the United States received a Notice from the government of Argentina in connection with a pending extradition proceeding regarding Vissani reporting that he had died, accompanied by what appears to be an Argentinian death certificate indicating that Jorge Fernando Vissani, date of birth January 20, 1949, died at the Sociedad de Beneficencia de Hospital Italiano in Córdoba, Argentina, on July 27, 2026, at 9:30 p.m. The full name and date of birth of the deceased are consistent with the full name and date of birth of Defendant Jorge Vissani.

DATED: November 19, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

s/ Jeff Mitchell
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Defendant Jorge Vissani.

Date: November 20, 2026

HON. NOËL WISE
United States District Judge